# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-1859
Lower Tribunal No. 2022CF001218XXXAXX

_____

EXCER LOPEZ CHAVEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Mikaela Nix-Walker, Judge.

August 9, 2024

PER CURIAM.

Excer Lopez Chavez appeals his conviction for lewd or lascivious battery imposed after jury trial. Concluding that Chavez has not shown harmful error regarding his conviction, we affirm.

We do, however, agree with Chavez that ministerial errors appear on the face of the judgment that should be corrected. Accordingly, on remand, the trial court is directed to amend the written judgment to include that Chavez was tried by a jury and to correct the statutory citation to show that Chavez was convicted of violating

section 800.04(4)(a)1., Florida Statutes. Lastly, as Chavez was found not guilty on a second count, the judgment of not guilty should be recorded. *See* Fla. R. Crim. P. 3.670(a) ("If the defendant is found not guilty, a judgment of not guilty must be rendered in open court and in writing, signed by a judge, filed, and recorded."). Chavez's presence is not required when the judgment is corrected as indicated.

AFFIRMED; REMANDED for ministerial corrections to the judgment.

STARGEL and SMITH, JJ., and LAMBERT, B.D., Associate Judge, concur.

Howard L. "Rex" Dimmig, II, Public Defender, and Terrence E. Kehoe, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Pamela J. Koller, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED